JOSEPH BRENDESE, Appellant, *v.* CITY OF SCHENECTADY et al., Respondents.

Argued April 13, 1948; decided May 20, 1948.

*Homer E. Peters* and *George M. Simon* for appellant.

*Kelsie E. Mead, Corporation Counsel (Edward E. Weber* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.